JUNE 2, 1802.

# Charles Lynch *v.* Robert Barr.

*Upon an appeal from a judgment of the Franklin District Court.*

1. Where an obligation for the payment of money was assigned after it became due, the assignee, in an action against the obligor, must aver in his declaration that it was not discharged before the assignment.

2. Where the obligation sued on is payable in a foreign currency, averred to be of a certain value in Kentucky currency, the court can not render judgment for the value of the foreign currency without the intervention of a jury.

This suit is founded on an obligation which was assigned to Barr after it became due, and it is not averred in the declaration that it was not discharged between that time and the time when the assignment was made, which is a material omission. And the obligation is a penal bill for the payment of £500 Virginia currency, penalty £1,000 of like money, which is averred to be of the value of £1,000 Kentucky currency; and so the judgment of the court is rendered without the intervention of a jury to ascertain the fact. As this obligation is dated subsequent to the separation of Kentucky from Virginia, this is also a fatal error. Therefore, it is considered by the court that the judgment aforesaid be reversed and set aside; that the cause be remanded to the court from whence it came for new proceedings, to recommence by amending the declaration, and that the appellant recover of the appellee his costs in this behalf expended; which is ordered to be certified to the said court.